**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| JAQUIA BUIE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:16-cv-01920-CKK |
| ) | Judge Colleen Kollar-Kotelly |
| DISTRICT OF COLUMBIA, *et. al.* ) | |
| ) | |
| Defendants ) | |
| ) | |

## **NOTICE IDENTIFYING PLAINTIFF'S POLICE PRACTICES EXPERT**

Plaintiff, Jaquia Buie, by and through counsel, pursuant to the Court's Minute Order of June 8, 2018, hereby identifies Plaintiff's police practices expert.

NAME: Lou Reiter

ADDRESS: Lou Reiter & Associates
87 Chula Drive
Jasper, GA 30143

PHONE: 706-268-1824

EMAIL: loureiter@gmail.com

Mr. Reiter's resume is attached hereto as Exhibit A.

Respectfully submitted,

SMITH MUSTILLE, LLC

By: */s/ Mark A. Smith*
Mark A. Smith      Bar # 439116
2200 Pennsylvania Avenue, NW
Fourth Floor East
Washington, D.C. 20037
(202) 776-0022
877-854-1631 – fax
masmith@smithmustille.com

                */s/ Judith A. Mustille*
Judith A. Mustille    Bar # 455076
2200 Pennsylvania Avenue, NW
Fourth Floor East
Washington, D.C. 20037
(301) 424-1720
877-854-1631 – fax
jamustille@smithmustille.com

DATED:    June 14, 2018    *Attorneys for Plaintiff*

# LOU REITER...RESUME

**LOU REITER & ASSOCIATES**...87 Chula Drive, Jasper, GA 30143
706.268.1824...███████████...loureiter@gmail.com

## POLICE CONSULTING EXPERIENCE

Lou Reiter has been the principal consultant with Lou Reiter & Associates since its inception in 1983. In that capacity he has been providing professional consulting to law enforcement agencies in three primary areas: (1) training, (2) agency audits and (3) litigation services.

### TRAINING

Lou Reiter typically conducts 20-30 training seminars and programs each year involving approximately 1000 persons. These presentations range in time from 3 hours to five (5) days with the majority being a two (2) day seminar. Normally attended by police supervisors, managers, command personnel and litigation/risk management elements, these seminars involve police practitioners from federal, state, county and municipal law enforcement agencies.

For the past 20 years, Lou has been the national Internal Affairs procedures trainer for Public Agency Training Council, Indianapolis, IN. He is co-director of the company's Legal and Liability Risk Management Institute. Lou is the Director of the National Certification for IA/OPS Investigator/Supervisor providing national certification for IA/OPS public safety practitioners throughout the country.

The most common areas of presentation and instruction are:

- Managing the Internal Affairs function, police discipline and the citizen complaint process.
- Investigation of critical incidents - officer involved shootings, use of force, and pursuits/emergency responses.
- Police discipline.
- Use of force and deadly force issues.
- Police pursuit/emergency response issues.
- Investigative procedures and supervision.
- Personnel practices.
- Supervisory techniques.
- Liability management.
- Policy and procedure development.
- Jail intake procedures.
- Management effectiveness.


PLAINTIFF'S EXHIBIT A

These training programs have been presented in the following states for police training academies, private training groups, public agencies, governmental entities and academic facilities:

California
Florida
Georgia
New York
Texas
South Carolina
Massachusetts
Rhode Island
Pennsylvania
Virginia
Maryland
Ohio
Indiana
Wisconsin
United Kingdom
Minnesota
Missouri
Arizona
Nevada
Utah
Colorado
Oregon
Washington
Hawaii
Vermont
North Carolina
Illinois
Oklahoma
Louisiana
Mississippi
Kentucky
Tennessee
Alaska
New Jersey
Connecticut
District of Columbia
New Mexico
Michigan
North Dakota
Arkansas
Alabama
U.S. Virgin Islands
Mexico City (Policia Federal)

LOU REITER RESUME...2

2

These training programs have been presented in the following states for police training academies, private training groups, public agencies, governmental entities and academic facilities:

California
Florida
Georgia
New York
Texas
South Carolina
Massachusetts
Rhode Island
Pennsylvania
Virginia
Maryland
Ohio
Indiana
Wisconsin
United Kingdom
Minnesota
Missouri
Arizona
Nevada
Utah
Colorado
Oregon
Washington
Hawaii
Vermont
North Carolina
Illinois
Oklahoma
Louisiana
Mississippi
Kentucky
Tennessee
Alaska
New Jersey
Connecticut
District of Columbia
New Mexico
Michigan
North Dakota
Arkansas
Alabama
U.S. Virgin Islands
Mexico City (Policia Federal)

**LAW ENFORCEMENT AGENCY AUDITS**

These types of agency audits take on many different forms. Some are designed to identify the strengths and weaknesses of the agency, make recommendations and present specific timetables for implementation. Others are specifically designed to evaluate the agency's liability potential, make recommendations and suggest implementation strategies. Some involve budgetary concerns and consideration of consolidation of police jurisdictions. Occasionally the purpose is to conduct an administrative investigation using external investigators due to sensitive or political potential conflicts of interest. Some are accreditation and re-accreditation on-site assessments for the Commission on Accreditation for Law Enforcement Agencies, Inc.

These audits are conducted either as a one-person unit or as a member of a larger team of police professionals, although not more than six (6) total. Most of these are through contracts with the affected governmental body. Some are through a litigation or risk management unit.

In 2001, Lou Reiter was appointed as the Federal Court Monitor for the consent decree in *Colln, et al., v. County of Ventura, et al.,* CV 97-8352, 98-3051 and 98-6092 LGB (Cwx), United States District Court, Central District of California.

Since 1996, Lou Reiter has acted as a consultant for the Special Litigation Section, Civil Rights Division, U.S. Department of Justice, in six (6) pattern and practices investigations concerning the cities of New York, New Orleans, Pittsburgh, Buffalo, Columbus, OH., and Charleston, WV. He has also worked with the cities of Cincinnati and Schenectady which were being investigated by this governmental agency.

Lou is Co-Director and Director of Audits for the Legal and Liability Risk Management Institute of the Public Agency Training Council, Indianapolis, IN. As an independent consultant with this firm he conducts agency audits and policy development/implementation for agencies represented by insurance pools in 10 states.

Lou Reiter since 1983 has audited law enforcement agencies as small as three (3) persons to as large as 39,000 personnel. They have represented municipal, county and state entities. Normally, he conducts 3-5 of these audits each year. During these forms of audits, he rides with line officers and first level supervisors for nearly 100 or more hours for interviews and direct observation of field implementation.

The primary areas of focus during these audits are:

- Citizen complaint procedures.
- Discipline, internal affairs and early warning systems.
- Personnel practices including selection, hiring, EEOC/AA, promotion, assignment and retention.
- Specialized operations including traffic, investigations, narcotics, vice, intelligence, emergency response teams and unusual occurrence units.
- Organizational structure and command responsibilities.
- Police department governance.
- Policy and procedures development.
- Use of force policy and procedures.
- Investigation of critical incidents.
- Training and training documentation
- Use of police resources
- Support functions including communications, records and detention and holding facilities.

These types of agency audits have been conducted in the following states:

Florida
Georgia
Arizona
Colorado
Ohio
Delaware
Pennsylvania
North Carolina
South Carolina
Virginia
New Mexico
California
Illinois
Wisconsin
West Virginia
Arkansas
Louisiana
Tennessee
Texas
New York
Rhode Island
Washington
New Jersey
Kentucky
Connecticut
Vermont
New Hampshire

**LITIGATION SERVICES**

Lou Reiter, since 1983, has been involved in over 1100 law enforcement civil litigation cases and a few criminal matters. He has acted both as a consultant and testimonial expert witness. These have been in Federal and local courts. He has worked with plaintiff attorneys approximately 60 percent of the time and the remainder with defense units. He has also been employed in this area by insurance entities, risk management pools, local prosecutorial offices and the United States Department of Justice.

While there has been a wide range of specific law enforcement practices and procedures which have been involved in these cases, some of the more common issues addressed in case development and subsequent testimony have been:

- Field procedures including tactics, arrest techniques and pursuits/emergency response driving.
- Standards of police misconduct investigations.
- Use of force and deadly force.
- Supervision.
- Investigative procedures, including warrant applications, informant control and use, and search warrant processes.
- Jail intake procedures.
- Police management.
- Personnel practices, including hiring, retention, remediation, background investigations, use of

LOU REITER RESUME...4

  professional counseling services and promotion/assignment.
- Investigation of citizen complaints.
- Employee discipline.
- Police policy and procedures development.
- Police training.

These litigation services have been in the following states and jurisdictions:

Florida
Georgia
Alabama
Mississippi
Louisiana
California
Texas
Missouri
Illinois
Indiana
Michigan
Iowa
Oregon
New Mexico
Montana
Wyoming
Colorado
Kansas
Oklahoma
Texas
Kentucky
Tennessee
Minnesota
Ohio
South Carolina
North Carolina
Virginia
New Mexico
Arizona
Alaska
Hawaii
Maryland
Pennsylvania
New York
New Jersey
Delaware
Connecticut
Maine
New Hampshire
Puerto Rico
Rhode Island
Washington
Wisconsin
Massachusetts

LOU REITER RESUME...5

Idaho
West Virginia
Nevada

## PRIOR ACTIVE POLICE EXPERIENCE

Lou Reiter was a sworn member of the Los Angeles Police Department for 20 years between 1961-1981. He began as a police officer and retired as a Deputy Chief of Police. During that tenure he served in over 20 assignments. Some of those assignments included:

**Promotion schedule.**

- 1980   Deputy Chief of Police
- 1976   Commander
- 1974   Captain
- 1970   Lieutenant
- 1966   Sergeant
- 1961   Police Officer

**Personnel and Training Bureau, Commanding Officer.** As a Deputy Chief directed the operations of three (3) divisions and two (2) major sections, involving over 300 employees.

- Responsible for all training, personnel management, recruitment and selection, employee-management relations and behavioral science services
- Responsible for the successful implementation of the 1980 Consent Decree requiring increased hiring of females and minorities
- Chairman of the Use of Force Review Board which adjudicated all officer-involved firearm discharges, serious injuries resulting from police action and in-custody deaths
- Caused the initiation of a unique peer counseling program for employees and a transfer system for "burned out" employees from high activity areas and assignments.

**Operations West Bureau Commanding Officer.** Directed all police operations (patrol, traffic, investigations and vice/street narcotics) in the Western quadrant of the City with four (4) geographic stations and one (1) traffic division involving over 1400 employees.

**Planning and Fiscal Bureau Commanding Officer.** Directed the operations of five (5) divisions, involving over 400 employees.

- Responsible for the $310 million Police budget preparation and management
- Automated systems
- Planning and research
- Communications
- Guided the development of the Emergency Command Control Communications System, a multi-faceted computer based system financed by a $40 million tax override
- Provided on-going liaison with the City Council and directed efforts to develop local and state legislation

**Uniformed Coordinator for Operations Central and Valley Bureaus.** Each Bureau consisted of five

LOU REITER RESUME...6

(5) geographic stations, a traffic division, gang enforcement unit, and over 1600 employees. In addition to the overall coordination of patrol and uniformed operations, monitored and approved personnel complaint investigations, adjudications and discipline during this four (4) year assignment.

- Coordinated the successful police efforts in the San Fernando Valley during the 1978 school desegregation
- Directed the City-wide 500 person police reserve officer program
- Department liaison to community alcoholism programs
- Participant in the Physical Altercation and Tactics Committee
- Regular member of the Fleet Safety Review Board and Shooting Review Panel.

**Central Area Commanding Officer.** For two (2) years commanded over 250 uniformed officers and detectives in the Los Angeles Central City (downtown) area.

**Team policing.** Selected to make preliminary preparations and then command a unique team policing experiment in Foothill Division in July, 1973 (this was similar to the current Community Oriented Policing concept). This consisted of a command of 57 employees including detectives and traffic officers to maintain 24-hour police service for this area. Crime went down in this area while it rose in adjacent areas.

**Traffic assignments.** Served as a uniformed traffic accident investigator throughout the City. Investigated 1200-1500 traffic accidents and arrested nearly 400 drunk drivers. Provided specialized enforcement and accident investigation on the City's freeway systems in specially equipped pursuit vehicles.

**Patrol assignments.** Was a uniformed patrol officer in three (3) geographic stations. Functioned as a plainclothes member of an anti-crime unit. As a sergeant was a field supervisor and later, as a lieutenant, was a uniformed watch commander.

**Employee misconduct administration.** Investigated cases alleging employee misconduct both as a field supervisor and member of Internal Affairs Division. As the Department Advocate, presented the agency case against employees during internal administrative hearings (Boards of Rights). Later, as a Lieutenant, acted as a defense representative for accused employees during these same hearings. Adjudicated investigations of police misconduct and served as a member of Boards of Rights on many occasions.

**Other personnel related activities.** Participant in the Physical Altercation and Tactics Committee, Fleet Safety Review Board and Shooting Review Board. In 1981, chaired the Police Productivity Workshop which presented recommendations for massive changes in operations to respond to budgetary restrictions imposed by the passage of Proposition 13.

**Training commands and assignments.** Commanded (1980-1981) the Personnel and Training Bureau which included the Police Academy and video training production unit. Implemented programs (1980-81) to assist in the achievement of court consent decree hiring of females/minorities and their successful performance during the training aspect of their employment. Was the Assistant Commanding Officer of the Police Academy. Was the Officer-in-charge of the Human Relations Training Unit which covered such topics as community and cultural diversity, officer-partner relations, inter-personal communications, and handling the emotionally disturbed and mentally ill.

**Staff researcher and author for the 1973 *Police Task Force Report* of the National Advisory Commission on Criminal Justice Standards and Goals.** The report assisted agencies nationwide to update their operations and develop plans for future growth and strategies. The three (3) specific

chapters researched authored by Lou Reiter were "Internal Discipline, Training and Management-Employee Relations."

**Managing Unusual Occurrences.** Member of the Department Field Command Post Cadre since its inception following the 1965 Watts Riots. Developed procedures for police operations during such incidents principally as a member of the Operations Section and later incident command functions. Participated in numerous actual unusual occurrence control operations as well as training exercises responding to natural and man-made incidents.

**Volunteer police.** Managed the LAPD 500 person Reserve Officer Corps. Developed revised training programs and an in-service training element. Created a unique expert advisory group within this volunteer corps specializing on the expertise of lawyers, doctors, statisticians, educators and other specialists. Implemented a 54 person Reserve Chaplain program. Lobbied for and supported State laws mandating strengthened training and selection requirements for volunteer elements of police agencies.

**Community Relations and Crime Prevention.** Community Relations lieutenant and Assistant Commanding Officer of Hollywood Division, directing the community mobilization and crime prevention efforts. Was the Officer in Charge of the Public Service and Crime Prevention Section, Public Affairs Division.

**New Careers and Concentrated Employment Program.** In 1967, initiated, implemented and administered this U.S. Department of Labor funded program which employed, trained and assigned disadvantaged, underemployed persons to police community relations and crime prevention programs. Ninety (90) percent were ex-convicts or former narcotics users.

**Planning and Research.** Researched and authored policy and procedure changes for the Department and incorporated them into the Department Manual.

## ADDITIONAL INSTRUCTIONAL EXPERIENCE

During the years since 1971, Lou Reiter has been involved in continuous and varied aspects of training both within and outside the law enforcement field. Some of those not covered in the preceding sections are:

- Faculty member for national level police management and specialized programs for organizations such as the Public Agency Training Council (Indianapolis), Americans for Effective Law Enforcement (Chicago), Institute for Police Technology and Management (Jacksonville, FL.), Police Foundation Executive Institute, Commission on Accreditation for Law Enforcement Agencies, National League of Cities, Law Enforcement Assistance Administration, academic institutions, local police academies, state police organizations and risk management/insurance pool groups.
- Senior Consultant, Institute for Liability Management.
- Faculty member, Criminal Justice Management Program, Florida Center for Public Management, Florida State University.
- Certified Instructor, Law Enforcement Supervision/Management, Florida Department of Law Enforcement.
- Lifetime Vocational Training Certificate, Law Enforcement, California.
- Developed and presented "Frontline Supervision," a police supervision program.

Elected to the Santa Clarita Community College Board of Trustees in 1975 and reelected in 1979.

Served as Board President and acted on many local and State committees on education.

Past member:

- Police Science Advisory Boards for Junior Colleges of Rio Hondo, El Segundo and Harbor City in the Los Angeles area.
- Faculty member for graduate and undergraduate level courses at various universities and colleges.
- Principal faculty member for the Management Development Program for the City of Los Angeles.
- Trainer for Florida American Cancer Society's Volunteer Leadership Development Program.
- California State University, Northridge, Advisory Committee on Teacher Education.
- Advisory Committee on Clinical Rehabilitative Services Credential, Department of Communicative Disorders.

## LAW ENFORCEMENT PROFESSIONAL ACTIVITIES

Since 1973, Lou Reiter has been involved in law enforcement professional activities and programs. Many of these were during his tenure with the LAPD. Others have been as a concerned public member and police consultant. Some of those include:

- Assessor, Commission on Accreditation for Law Enforcement Agencies, Inc., (1985-2006), and has been assigned to both on-site audits for accreditation and re-accreditation. Re-certified as an assessor in 1999 at Montreal Conference and in 2002 at Cleveland.
- American Society for Law Enforcement Trainers, member.
- National Internal Affairs Investigator's Association, member and conference presenter.
- National Center for Women and Policing, member.
- Public Safety Committee, Big Canoe, GA.
- Founding Member, Tallahassee Committee of Ninety-Nine and former member of Board of Directors (1982-1988) and Secretary (1984-1987). This organization was formed in 1981 and provided support to local law enforcement agencies for greater professionalization, underwriting local police training programs, purchasing police equipment and ensuring benefits to families of police officers.
- Presenter and participant, 1982 and 1983 Florida Governor's Challenge Conference on Crime.
- Chair, Public Safety Committee, 21st Century Council, City of Tallahassee (1990-1993). This citizen group was organized to create an annual assessment guide to evaluate the effectiveness of our community's public safety performance.
- Past member, California Peace Officers Association
- Chairman (1979-81) Standards and Ethics Committee.
    - Initiated and moderated the First Joint Symposium on Professional Issues.
    - Developed and received State approval and distribution of the *Code of Professional Conduct and Responsibilities for Peace Officers.*
    - Member, Law and Legislation Committee.
    - Member, Small Agency Committee.
    - Member, Reserve Officers Committee.
    - Recipient of the 1981 'Professionalism Award' from the California Peace Officers Association.
- Member or past member:
    - Florida Sheriffs' Association, Lifetime Member.
    - Florida Council on Crime and Delinquency.

LOU REITER RESUME...9

- American Society for Training and Development, local and National.
- Public Safety Committee, League of California Cities.
- Los Angeles County Peace Officers Association.
- Southern California Police Community Relations Officers Association.

# PUBLICATIONS

Lou Reiter has published many law enforcement articles. With the exception of his Internal Affairs manual mentioned below, most of his current publications are integral parts of training he provides and are tailored to the specific subject matter and audience of the presentation. The below represent most of his published works:

- *Law Enforcement Administrative Investigations, a manual/guide.* This comprehensive 120 page manual was first published by Lou Reiter & Associates in 1993. The 2nd edition was published in 1998 and is an expanded version with several guest author chapters and contains over 300 pages in a 'nuts and bolts' method of presentation for practitioners. The Third Edition was published in November, 2006, by the Public Agency Training Council.
- *Broken Badges: Cases from Police Internal Affairs Files*, a fiction novel, Lou Reiter, Deeds Publishing, November 2013
- *Shattered Badges: More Cases from Police Internal Affairs Files*, a fiction novel, Lou Reiter, Deeds Publishing, August 2015
- "Four Essential Elements of a Reasonable IA/OPS Investigation," LLRMI Webinar, April 2018
- *"Brady and Giglio"* implications for law enforcement agencies," LLRMI Webinar, March 2018
- "Compelled Statement during Law Enforcement Administrative Investigations," LLRMI Webinar, April 2018
- "FIVE ISSUES THAT MIGHT PROTECT YOUR AGENCY FROM A 'FERGUSON'," LLRMI/PATC Legal Update, December 2014
- "What's the best way for cops to report and monitor 'stop, question and frisk' citizen encounters?" LLRMI/PATC Newsletter, September, 2014
- "Conducting Covert Investigations, Integrity Tests, and Financial Investigations on Law Enforcement Employees – Part 1 and 2," Rothlein/Reiter, LLRMI publication, March/May, 2014
- "Off Duty Officers Arrested for DUI/OWI: An Employment Decision," LLRMI/PATC Newsletter, January, 2014
- "Chemical Testing of NYPD Officers Involved in Shooting Incidents: *Lynch v. City of New York*," LLRMI/PATC Newsletter, December, 2013
- "The cop who's a sexual predator," co-authored with Steve Rothlein, LLRMI/PATC newsletter, October, 2012
- "US Supreme Court: Private actor hired by governmental entity for Internal Affairs investigation gets treated as government official for purposes of Qualified Immunity: *Filarsky v. Delia 2012*," The Local Government Liability Beat, Local Government Risk Management Services, Inc., GA, June, 2012
- "REESTABLISHING SCHEDULED INSPECTIONS/AUDITS OF POLICE HIGH RISK, HIGH LIABILITY TASKS," LLRMI/PATC newsletter, April, 2012
- "The Search for Witnesses in Law Enforcement Administrative Investigations," LLRMI/PATC newsletter, April, 2012
- "The Need for an IA/OPS Audit," LLRMI/PATC newsletter, March, 2012
- "Employees Posting Material or Comments that Adversely Affect Agency – Legal Question Answer," LLRMI/PATC newsletter, March, 2012
- *"Brady/Giglio* implications for law enforcement," Webinar, LLRMI/PATC, Feb. 2012

LOU REITER RESUME...10

- "The truth about *Garrity*," Webinar, LLRMI/PATC, Feb. 2012
- "Occupy and Beyond: Practical steps for reasonable police crowd control," LLRMI/PATC newsletter, December, 2011
- "The Social Network and public safety employees: the good; the bad; and the ugly," LLRMI/PATC newsletter, March, 2011
- "Narcotic/Special Enforcement Unit Control and Audit," Lou Reiter, Stephen Campbell and Steve Rothlein, LLRMI/PATC newsletter, August, 2010
- "From the United States Supreme Court Search of Officer's Text Messages from Department Issued Pager was Reasonable," Lou Reiter/Jack Ryan *City of Ontario v. Quon,* 560 U.S.___ Slip op. 08-1332 (2010), LLRMI/PATC newsletter, July, 2010
- "Nepotism and Fraternization in Public Safety Agencies," LLRMI/PATC newsletter, July, 2010
- "*Brady:* The Next Step for Law Enforcement Agencies," LLRMI/PATC newsletter, January, 2010
- "*Garrity* and the Civilian Review Board," LLRMI/PATC newsletter, August, 2009
- "Must you tape and transcribe interviews in administrative investigations?" LLRMI/PATC newsletter, August, 2009
- "The Economy and Unexpected Employee Problems," LLRMI/PATC newsletter, June, 2009
- "Are Your Internal Affairs Reports Confidential?" LLRMI/PATC newsletter, December, 2007
- "Domestic Misconduct Involving Public Safety Employees," LLRMI/PATC newsletter, 3 Parts, June, 2007
- "Sexual Misconduct by Public Safety Officers is a Job for Use, Not the Courts," LLRMI/PATC newsletter, August, 2007
- "Conduct Unbecoming: Sex, videotapes, the Internet and police misconduct," Public Agency Training Council Information, April, 2007
- "Procedural Time Limits in Administrative Investigations - Absolutes," The Local Government Liability Beat, Georgia Risk Management, March, 2007
- "Sex, Videotapes, the Internet, and Police Misconduct," Law Enforcement Executive Forum, Illinois Law Enforcement Training and Standards Board of Executive Institute, Western Illinois University, 2007
- "Are You Providing Reasonable Training and Policy Direction on the Handling of the Mentally Ill and Emotionally Disturbed Persons," LLRMI/PATC newsletter, September, 2006
- "Preparing a Defense in Law Enforcement Litigation: A Formula for Law Enforcement," LLRMI/PATC newsletter, August, 2006
- "Conduct Unbecoming: Still a Viable Discipline Charge," LLRMI/PATC newsletter, June, 2006
- "Common Questions About Law Enforcement Administrative Investigations," LLRMI/PATC newsletter, March, 2007
- "Administrative Insight: A Key to Defending Your Decisions for Administrative Investigations," Law Enforcement Risk Management Legal Update, Summer, 2006, LLRMI/PATC
- "Preparing a Defense in Law Enforcement Litigation: A Formula for Law Enforcement," Public Agency Training Council Information, August, 2006
- "The Search for Witnesses in Law Enforcement Administrative Investigations," LLRMI/PATC newsletter, September, 2005
- "Rhode Islands Law Enforcement Officers Bill of Rights Needs a Fresh Look," Providence Journal OpEd article, July, 2005
- "The Need for an IA/OPS Audit," LLRMI/PATC newsletter, March, 2005
- "Creating Reasonable and Defensible Discipline," Commission on Accreditation for Law Enforcement Agencies, Inc., Newsletter, November, 1996.
- "Timesharing With Your Subordinates," Florida Police Chief, April, 1984.
- "Police Agencies Need Shooting Policy," Tallahassee Democrat, September 27, 1982.
- "Truth About Miami Is Down in the Streets," Tallahassee Democrat, December 27, 1982.
- "Police Recruitment in the 80's - Crisis or Opportunity?" Western City, May, 1981.
- "Civil Detoxification in Los Angeles," Police Chief, August, 1981

LOU REITER RESUME...11

- "Professional Police," <u>California Peace Officer</u>, 1980.
- "The Elected Public Official Views Police Professionalism," <u>California Peace Officer</u>, 1980.
- "A Footbeat Officer's View of Police Work," <u>Journal of California Law Enforcement</u>, October, 1979.
- "A Day With Sergeant Maynard Jones," <u>Police Chief</u>, April, 1979.
- "Field Sergeants' Administrative Time Utilization," <u>Journal of California Law Enforcement</u>, unknown date.
- "Make Your Meetings Successful," <u>Journal of California Law Enforcement</u>, April, 1979.
- "Ways To Get That Paper Out Now, Faster and Better," <u>Journal of California Law Enforcement</u>, October, 1978.
- "Internal Discipline," "Training," and " Management-Employee Relations," <u>Police Task Force Report</u>, National Advisory Commission on Criminal Justice Standards and Goals, United States Department of Justice, U.S. Printing Office, 1973.

## Webinar presentations

- Beyond Occupy: Reasonable demonstration control methods 2012
- *Brady/Giglio* and its implications for law enforcement 2012
- *Garrity* and compelled statements of public employees 2012
- Sexual misconduct: 3 essential control and defense elements 2013
- How to audit your IA/OPS operations 2013
- Making defensible employee discipline 2013
- Discipline matrix vs. individualized employee discipline 2013
- Social media use by public safety employees 2013
- Administrative interviews of public safety employees 2013
- Domestic misconduct involving public safety employees 2013
- *Brady/Giglio* update 2014
- Compelled statements: the plain truth 2014
- Legal Update: Internal Affairs and Officer Misconduct 2014

## FORMAL EDUCATION

University of Southern California - Graduate of the Managerial Policy Institute (1980) and graduate study in the Master of Public Administration program.

Pepperdine University - Bachelor of Science in Public Management/Criminal Justice Program.

University of California at Los Angeles - undergraduate study in Political Science.

## PERSONAL

Born March 31, 1939, in Minneapolis, Minnesota.

Resident of Georgia since 2008, Rhode Island 1999-2008, and Tallahassee, Florida, between 1981-1999. Lou Reiter lived in the Los Angeles area for nearly 30 years.

Lou's wife is Marilyn McFadden who is an attorney and was a certified Florida police officer. She

LOU REITER RESUME...12

currently specializes as a consultant in law enforcement and prosecution issues of Domestic Violence and is considered one of the leading experts in police employee-related domestic misconduct. They have six (6) grown children one of whom was a police officer with the City of Tallahassee.